UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FAB HABITAT CORPORATION,
*Plaintiff*

v.

MASTERPIECE COLLECTION LLC
and MAYANK GOYAL,
*Defendant*

Civil Action No. 3:23-cv-12732

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that FAB HABITAT CORPORATION, is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_[Signature]_
Signature of Attorney

110 Dungannon Blvd., Ste 101
Address

Wilmington, NC 28403
City/State/Zip

Aug. 29, 2023
Date

Instructions:

1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable insert the name of the Corporate Parent or leave it blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.